ACCEPTED
01-14-00934-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 8:41:04 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00934-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/12/2015 8:41:04 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| LINDA HENDERSON-QUALLS, | § | IN THE COURT OF APPEALS |
| APPELLANT | § | |
| | § | |
| VS. | § | 1st JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS, | § | |
| APPELLEE | § | AT HOUSTON, TEXAS |

CASE NO. 1370183

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| LINDA HENDERSON-QUALLS | § | 182ND JUDICIAL DISTRICT |

**COUNSEL'S MOTION TO WITHDRAW
AS ATTORNEY OF RECORD UPON FILING
*ANDERS BRIEF***

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW KURT B. WENTZ, appointed counsel for the appellant, LINDA HENDERSON-QUALLS, who files this Counsel's Motion to Withdraw as Attorney of Record upon Filing *Anders Brief* and in support thereof would show this Court as follows:

I.

On January 27, 2014 the appellant pled guilty to theft from a nonprofit organization ($100,000.00-$200,000.00). Because the victim in her case was a nonprofit organization she was subject to punishment for a first degree felony. ***TEX. PENAL CODE § 31.03(f)(3)(B)***. Her case was rescheduled for sentencing pursuant to a PSI hearing.

II.

On November 18, 2014 the trial court sentenced the appellant to ten years confinement in

1

the Institutional Division of the Texas Department of Criminal Justice and made it a condition of her parole that she pay $183,000.00 restitution. (2RR 52, 53).

### III.

Counsel has diligently reviewed the record in the appellant's case and found no meritorious issue to raise on direct appeal. Accordingly, counsel has filed a brief contemporaneously with this motion that complies with the requirements of *Anders v. California*, 368, U.S. 738 (1967).

### IV.

Counsel found:

1.    The appellant pled guilty to the offense of theft from a nonprofit organization ($100,000.00 - $200,000.00).

2.    There was no agreement as to punishment and her case was rescheduled for a PSI hearing.

3.    No pretrial motions were presented or ruled upon prior to the appellant's plea.

4.    The appellant's plea was freely and voluntarily entered as documented in her "Waiver of Constitutional Rights" and written admonishments. (1CR1394 and 1396).

5.    There were no objections to the PSI report.

6.    The appellant was able to provide the PSI writer with a letter that was attached to her report as well as provide testimony at her hearing.

7.    No legal issue was raised during her PSI hearing.

8.    The trial court's sentence was at the lower end of the range of punishment available to the trial court.

### V.

A copy of the *Anders* brief has been sent to the appellant at her last known address

advising her of her right to review the record, file a *pro se* brief, and petition for discretionary review upon the Court's ruling on the ***Anders*** brief. (See Exhibit A).

VI.

Upon ruling on the appellant's brief, counsel asks that the Court grant this motion and allow him to withdraw as the appellant's attorney of record.

VII.

For the purpose of this proceeding the appellant's last known mailing address is:

Ms. Linda Henderson-Qualls
SPN 02493353
Harris County Jail
1200 Baker Street
Houston, TX  77002

WHEREFORE, PREMISES CONSIDERED, counsel requests that the Court grant this motion in all things.

Respectfully submitted,

/s/Kurt B. Wentz_____
KURT B. WENTZ
5629 Cypress Creek Parkway, Suite 115
Houston, Texas 77069
Phone: 281/587-0088
e-mail:  kbsawentz@yahoo.com
State Bar No. 21179300
ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

I, Kurt B. Wentz, hereby certify that a true and correct copy of this Motion was electronically filed with the Clerk of the 1st Court of Appeals and paper copies mailed to the

appellant and Assistant District Attorney for Harris County, Texas presently handling this Cause on the 12th day of May, 2015.

/s/Kurt B. Wentz_____
KURT B. WENTZ